

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-22-00737-CR

The **STATE** of Texas,
Appellant

v.

Josue Isay **DEL CAMPO-CHAVEZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,797
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Josue Isay Del Campo-Chavez's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 2, 2023.

_____
Patricia O. Alvarez, Justice